UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMAD ARIFF SAIDIN,

                      Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                      Defendants.

20-CV-2851 (LLS)

CIVIL JUDGMENT

      Pursuant to the order issued May 19, 2020, dismissing this action,

      IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)((ii), without prejudice to Plaintiff's pursuit of relief from the Social Security Administration, and return to court when his remedies have been exhausted.

      This civil judgment is to be mailed in chambers.

SO ORDERED.

Dated:   May 19, 2020
            New York, New York

                                                        _Louis L. Stanton_
                                                         Louis L. Stanton
                                                           U.S.D.J.